U.S. DISTRICT COUR
DISTRICT OF MASSACHUSETTS
TONY Anastas, Clerk of Court
Donohue Federal Building
595 Main Street - Worcester
Mass 01608

FILED
IN CLERKS OFFICE

2004 JAN 26  P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

04-CV-40006

Dear Mr Anastas:

With all due respect I am writing you, regarding a Priority Mail I sent To you carrying a Petition for Writ of Habeas Corpus Pursuant To 28 U.S.C. 2254 dated 01/9/04 and a Memorandum of Law in Support it.

However on the Letter That I sent To you, enclosed on the same envelope on 01/9/04 I made a mistake and I write please find a Petition for writ of habeas corpus under 28 U.S.C. 2241 instead of 2254 which is the correct one, I respectfully request you To Make The correction. Thank you for your Time and consideration To This Matter, and I'am sorry for the inconvenience,

Sincerely yours,

Leonardo Zuluaga M

LEONARDO ZULUAGA M.
A# 90572172
4250 Federal Drive
Batavia, NY 14020

Dated January 22, 2004