# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LEONARDO ZULUAGA MARTINEZ,
          Petitioner,

          v.

COMMONWEALTH OF MASSACHUSETTS,
          Respondent.

Civil Action

No.  04-40006-NMG

## ORDER ON APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. __04-40006__

## ORDERS

Based upon the foregoing, it is ORDERED:

1.    May the application to proceed without prepayment of fees be GRANTED?
          Yes  ☒    No  ☐

2.    Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
          Yes  ☐    No  ☒

3.    Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?
          Yes  ☒    No  ☐

4/2/04
DATE

_____
UNITED STATES DISTRICT JUDGE

(habeas_ifp.ord.wpd  - 11/98)                                             [oifphc.]