April 28, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Tony Anastas, Clerk of the Court
Donohue Federal Building
595 Main Street
Worcester, Ma 01608

Re; Civil Case No. 04-40006-NMG

Dear Clerk:

Enclosed herewith please find Petitioner's motion under Fed. R. Civ. P. 60 requesting relief from the judgment dated April 02, 2004 dismissing petitioner's habeas corpus petition § 2254.

In addition Petitioner respectfully requests for an extension of time to file an appeal from the judgment dated April 2, 2004 if it is necessary after a resolution by this Court in Petitioner's motion under Fed. R. Civ. P. 60.

As Petitioner is proceeding pro-se, respectfully would request to the Court special leniency regarding procedural matters.

Thank you very much for your consideration to this matter.

Respectfully submitted,

Leonardo Zuluaga Martinez
#90572172
4250 Federal Drive
Batavia, New York 14020

Dated April 28, 2004.

Cc: File