U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Case Name: Martinez v. Commonwealth of Massachusetts

Case Number: 4:04-cv-40006

Leonardo Zuluaga Martinez
90572172
Buffalo Federal Detention Center
4250 Federal Drive
Batavia, NY 14020

**NOTICE OF APPEAL**

- Notice is hereby given that Leonardo Zuluaga Martinez in the above case number, hereby appeal to the U.S. Court of Appeals for the First Circuit for the order of dismissed, entered on January 10, 2005 in its Motion for Reconsideration under FED. R. CIV. P. 60 asking relief from the Judgment dated April 2, 2004 dismissing its Petition for Writ of habeas Corpus under Section 2254.

- As Petitioner is proceeding Pro se, respectfully would request to the Court special leniency regarding procedural matters.

- Petitioner hereby certifies in compliance with 28 U.S.C. 1746 that he deposited this Notice of Appeal in the institution's internal system on JANUARY 19, 2005.

January 19, 2005
C.C. File

Very Truly Yours,

Leonardo Zuluaga
Leonardo Zuluaga M.