*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cv-40006

Leonardo Zuluaga Martinez

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 8, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/8/05.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40006-NMG

Martinez v. Commonwealth of Massachusetts
Assigned to: Judge Nathaniel M. Gorton
Cause: Petition for writ of habeas corpus

Date Filed: 01/14/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Leonardo Zuluaga Martinez**      represented by   **Leonardo Zuluaga Martinez**
90572172
Buffalo Federal Detention Center
4250 Federal Drive
Batavia, NY 14020
PRO SE

V.

**Respondent**

**Commonwealth of Massachusetts**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2004 | 1 | MOTION to Proceed in forma pauperis by Leonardo Zuluaga Martinez. (Hassett, Kathy) Modified on 1/21/2004 (Hassett, Kathy). (Entered: 01/14/2004) |
| 01/14/2004 | 4 | PETITION for writ of habeas corpus pursuant to 28:2254 filed by Leonardo Zuluaga Martinez.(Jones, Sherry) (Entered: 04/02/2004) |
| 01/26/2004 | 2 | Letter/request (non-motion) from Leonardo Zuluaga Martinez. (Jones, Sherry) (Entered: 01/26/2004) |
| 04/02/2004 | 3 | Judge Nathaniel M. Gorton : ORDER entered granting 1 Motion for Leave to Appeal in forma pauperis. (cc/cl) (Jones, Sherry) (Entered: 04/02/2004) |
| 04/02/2004 | 5 | MEMORANDUM OF LAW by Leonardo Zuluaga Martinez to 4 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Exhibit)(Jones, Sherry) (Entered: 04/02/2004) |
| 04/02/2004 | 6 | Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM AND ORDER.(Jones, Sherry) (Entered: 04/02/2004) |
| 04/02/2004 |   | Civil Case Terminated. (Jones, Sherry) (Entered: 04/02/2004) |

| | | |
|---|---|---|
| 05/03/2004 | 7 | MOTION for Extension of Time to file an appeal if necessary by Leonardo Zuluaga Martinez.(Hassett, Kathy) (Entered: 05/03/2004) |
| 05/03/2004 | 8 | MOTION for Reconsideration re 6 Memorandum & ORDER by Leonardo Zuluaga Martinez.(Hassett, Kathy) (Entered: 05/03/2004) |
| 05/03/2004 | 9 | AFFIDAVIT of Leonardo Zuluaga Martinez in Support re 8 MOTION for Reconsideration re 6 Memorandum & ORDER filed by Leonardo Zuluaga Martinez, c/s. (Hassett, Kathy) (Entered: 05/03/2004) |
| 01/10/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered denying 8 Motion for Reconsideration (Nicewicz, Craig) (Entered: 01/10/2005) |
| 01/11/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered denying 7 Motion for Extension of Time, treated as a motion for extension of time and motion denied (but petitioner should note that his appeal period runs from the dte of this ruling).cc/cl (Nicewicz, Craig) (Entered: 01/12/2005) |
| 01/24/2005 | 10 | NOTICE OF APPEAL as to 6 Memorandum & ORDER by Leonardo Zuluaga Martinez. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/14/2005. (Barrette, Mark) (Entered: 02/01/2005) |