March 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Tony Anastas, Clerk of the Court
Donohue Federal Building
595 Main Street
Worcester, Ma 01608



Dear Clerk:

Please find enclosed for filing Petitioner petitions for certificate of appealability from the denial entered by this Court on January 10, 2005 on Petitioner motion to reconsider under Fed. R. Civ. P. 60 requesting relief from the judgment dated April 2, 2004 by this Court dismissing his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Petitioner hereby certifies in compliance with 28 U.S. C. 1746 that: he deposited his petition for certificate of appealability in the institution's internal mail system on March 11, 2004

As Petitioner is proceeding pro-se, respectfully would request to the Court special leniency regarding procedural matters.

Thank you very much for your consideration to this matter.

Respectfully submitted,

Leonardo Zuluaga Martinez
#90572172
4250 Federal Drive
Batavia, New York 14020

Dated March 11, 2005.

Cc: File
Cc: Clerk of the First Circuit