United States District Court
District of Massachusetts

| | |
|---|---|
| LEONARDO ZULUAGA MARTINEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS, )<br>)<br>Respondent. )<br>) | Civil Action No.<br>04-40006-NMG |

ORDER

GORTON, J.

Petitioner's petition for habeas corpus and subsequent motion for a certificate of appealibility have failed to demonstrate a substantial showing of the denial of any constitutional right. A certificate of appealability will not, therefore, issue and petitioner's motion for such certificate (Docket No. 13) is **DENIED**.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: July 11, 2005

-1-